PATRICK T. CONNOR, Esq., Bar No. 89136  JS-6
Email Address: pconnor@deconsel.com
MARGARET R. GIFFORD, Bar No. 118222
Email Address: mgifford@deconsel.com
DeCARLO, CONNOR & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone: (213) 488-4100
Telecopier: (213) 488-4180

Attorneys for Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR CARPENTERS SOUTHWEST TRUSTS, <br><br> Plaintiffs, <br><br> v. <br><br> WESCOR CONSTRUCTION, INC., a California corporation; ALEX YOUSSEF, an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV 10-1586 PA(AJWx) <br><br> ORDER IN SUPPORT STIPULATION FOR DISMISSAL WITH PREJUDICE <br><br><br> Before the Honorable <br> Percy Anderson |

### [PROPOSED]  O R D E R

**IT IS HEREBY ORDERED THAT**, this action is dismissed with prejudice, pursuant to settlement.

Dated: October 19, 2010

_____
THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE